# Exhibit A

FILED: NASSAU COUNTY CLERK 08/04/2014 12:15 PM
NYSCEF DOC. NO. 60

INDEX NO. 603738/2013
RECEIVED NYSCEF: 08/07/2014



## NASSAU COUNTY CLERK'S OFFICE
## ENDORSEMENT COVER PAGE

Recorded Date: 08-04-2014
Recorded Time: 12:15:14 p

Record and Return To:

Liber Book:  K      26
Pages From:       95
        To:       99

Control
Number:   1118
Ref #:    2013603738
Doc Type: JE1 ELECT JUDG SUPREME COURT MONEY

Plnt: SIGNATURE BANK
Dfnd: MORRELL, SCOTT
Dfnd: MORRELL CATERERS MANAGEMENT COMPANY LLC

Judgment Amount:      1,163,606.66

TMR001

Taxes Total        .00
Recording Totals   .00
Total Payment      .00

**THIS PAGE IS NOW PART OF THE INSTRUMENT AND SHOULD NOT BE REMOVED**
MAUREEN O'CONNELL
COUNTY CLERK


2014080401118

At IAS Part ___ of the Supreme Court of the State of New York, held in and for the County of Nassau, at the Courthouse located at 100 Supreme Court Drive, Mineola, New York, on the 30th day of July, 2014.

Present:

<u>HON. THOMAS V. DANA,</u>
                Referee

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-------------------------------------------------------X
SIGNATURE BANK,

                   Plaintiff,

  -against-

SCOTT MORRELL, THOMAS CATALDO, MICHAEL
SAVITSKY and MORRELL CATERERS
MANAGEMENT COMPANY LLC,

                   Defendants.
-------------------------------------------------------X

Index No. 603738/2013

<u>JUDGMENT AGAINST
SCOTT MORRELL AND
MORRELL CATERERS
MANAGEMENT
COMPANY LLC</u>

Plaintiff, Signature Bank ("Signature"), having moved by Notice of Motion dated February 26, 2014, pursuant to New York Civil Practice Law and Rules ("CPLR") §3212 for Summary Judgment granting judgment in favor of Signature and against Defendants Scott Morrell ("Morrell"), Thomas Cataldo ("Cataldo"), Michael Savitsky ("Savitsky") and Morrell Caterers Management Company LLC ("Morrell Management") (collectively, the "Defendants") on the claims contained in Plaintiff's Verified Complaint and dismissing the Defendant's Affirmative Defenses; and

UPON the Honorable Timothy S. Driscoll having read and considered said Notice of Motion, the Affidavit of Lisa Lewis, sworn to on the 30th day of February 26, 2014 (with exhibits thereto) in support of Signature's Motion, Signature's Memorandum of Law, dated February 26, 2014, in support of the Motion, the Attorney Affirmation of Arnold E. Reiter, sworn to on March 27, 2014, in opposition to Signature's Motion, the Affirmation of Jeffrey H. Weinberger, sworn to on March 27, 2014 (with exhibits thereto), in opposition to Signature's Motion, the Affidavit of Savitsky sworn to on March 27, 2014 in opposition to Signature's Motion, the Affidavit of Cataldo sworn to on March 31, 2014 in opposition to Signature's Motion, Cataldo and Savitsky's Memorandum of Law dated March 27, 2014, in opposition to Signature's Motion, the Affidavit of Lisa Lewis in Further Support of Signature's Motion, sworn to on April 10, 2014 (with exhibits thereto) and Signature' Memorandum of Law in Further Support of the Motion for Summary Judgment dated April 9, 2014, and

UPON the reading and filing of the decision of the Honorable Timothy S. Driscoll dated January 4, 2014 (the "Decision") and entered in the Office of the Nassau County Clerk on June 13, 2014 (a copy of which is annexed hereto as Exhibit "1"): a) granting Signature's Motion for Summary Judgment on its First, Third, Fifth and Seventh Causes of Action against the Defendants, jointly and severally, in the amount of $1,198,426.54, plus accrued and unpaid interest from October 1, 2013 through February 28, 2014 at rate of 10.5% in the amount of $15,698.02, and such additional fees, accruing interest, expense and/ or costs as are provided for in the Note and Forbearance and Modification Agreement, to be determined at an inquest; b) granting summary judgment in Plaintiff's Second, Fourth, Sixth and Eighth Causes of Action in the Verified Complaint against the Defendants, for reasonable attorneys' fees, costs and expenses incurred by Plaintiff in enforcing its rights under the Note and Guarantees, to be determined at an

2

inquest; c) dismissed the Defendants' affirmative defenses; and d) referred this action to Special Referee Thomas V. Dana to hear and determine all issues regarding accruing interest, additional fees, and costs and expenses including reasonable attorneys' fees; and

UPON the Stipulation of Morrell, Morrell Management and Signature: a) acknowledging the reduced principal amount of $988,426.54; b) fixing the amount of interest from October 12, 2014 through July 22, 2014 in the amount of $64,677.53; c) fixing the amount of costs in the amount of $4,403.49; d) and fixing the amount of attorneys' fees in the amount of $106,099.10, in lieu of a hearing before the Referee and consenting to the form of Judgment (a copy of which Stipulation is annexed hereto as Exhibit "2"); and

NOW, on motion of Moritt Hock & Hamroff LLP, attorneys for Plaintiff, having an office at 400 Garden City Plaza, Garden City, New York 11530; it is

ADJUDGED that Plaintiff, Signature Bank, whose address is 565 Fifth Avenue, New York, New York 10017, does recover of the Defendants Scott Morrell, whose address is 8 Cove Meadow Lane, Oyster Bay Cove, New York 11771, and Morrell Caterers Management Company LLC, whose address is 200 South Woods Road, Woodbury, New York 11797, on its First, Second, Seventh and Eighth Causes of Action of Signature's Verified Complaint, the amount of $988,426.54 plus interest in the amount of $64,677.53, plus costs in the amount of $4,403.49, plus attorneys fees in the amount of $106,099.10, making in all a total of $1,163,606.66; and it is further

3

ADJUDGED that Plaintiff shall have execution therefore.

ENTER:

*[signature]*

Hon. Thomas V. Dana, Referee

Submitted by:

MORITT HOCK & HAMROFF LLP
Attorneys for Plaintiff Signature Bank

By: *[signature]*
Jacquelyn J. O'Neil
400 Garden City Plaza
Garden City, NY 11530
(516) 873-2000

ENTERED
Aug 01 2014
NASSAU COUNTY
COUNTY CLERK'S OFFICE