# Exhibit B

B6D (Official Form 6D) (12/07)

In re  **Scott D. Morrell**, Debtor

Case No. **8-15-75212**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Index No. 501784/2013** <br><br> **Avanti Enterprises, Inc.** <br> **Attn: John Utic** <br> **49 1st St.** <br> **Brooklyn, NY 11211** | X | - | 3-6-2014 Entered In Kings County (Unkown if Domesticated in Nassau County) <br><br> Judgment <br><br> 8 Cove Meadow Lane <br> Oyster Bay, New York 11771 <br> Value $ 1,825,000.00 | | | | 350,127.33 | 350,127.33 |
| Account No. **Index No. 501784/2013** <br><br> **Avanti Enterprises, Inc.** <br> **50 Division Place** <br> **Brooklyn, NY 11222** | | | Avanti Enterprises, Inc. <br><br> Value $ | | | | Notice Only | |
| Account No. **Index No. 501784/2013** <br><br> **Joseph Nierman, Esq.** <br> **Recovery of Judgment** <br> **352 7th Ave., Ste. #711** <br> **New York, NY 10001** | | | Avanti Enterprises, Inc. <br><br> Value $ | | | | Notice Only | |
| Account No. **xxxxxxxx9992** <br><br> **Chase Card Services** <br> **Attn: Bankruptcy Dept.** <br> **PO Box 15298** <br> **Wilmington, DE 19850** | | - | Opened 11/2005 Last Active 10/31/14 <br><br> Mortgage (11/11/15 Payoff) Lis Pendens 7-24-14 <br><br> 8 Cove Meadow Lane <br> Oyster Bay, New York 11771 <br> Value $ 1,825,000.00 | | | | 813,797.62 | 0.00 |
| **2** continuation sheets attached | | | | | | Subtotal (Total of this page) | 1,163,924.95 | 350,127.33 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Scott D. Morrell**,  Case No. **8-15-75212**
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Index No. 007205/2014** <br><br> **Buckley Madole, P.C.** <br> **28 W. 44th St., Ste. 720** <br> **New York, NY 10036** | | | **Chase Card Services** <br><br><br> Value $ | | | | **Notice Only** | |
| Account No. **Index No. 007205/2014** <br><br> **Kenneth O. Britt, Esq.** <br> **Buckley Madole P.C.** <br> **28 W. 44th St., Ste. 720** <br> **New York, NY 10036** | | | **Chase Card Services** <br><br><br> Value $ | | | | **Notice Only** | |
| Account No. **xxxxxxxxx1899** <br><br> **Chase Manhattan Mortgage** <br> **Attn: Bankruptcy Dept** <br> **3415 Vision Dr** <br> **Columbus, OH 43219** | | - | **Opened 1/01/04  Last Active 1/16/14** <br> **HELOC - 10-31-15 Payoff** <br> **8 Cove Meadow Lane** <br> **Oyster Bay, New York 11771** <br> Value $   **1,825,000.00** | | | | **646,327.77** | **0.00** |
| Account No. <br><br> **Roselee Morrell** <br> **16939A Isle of Palms Dr.** <br> **Delray Beach, FL 33484** | X | - | **September 12, 2012** <br> **Personal Liability for Business Debt-2-11-13 UCC-1/3-11-13 Financing Stmt. Amdt.** <br> **8 Cove Meadow Lane** <br> **Oyster Bay, New York 11771** <br> Value $   **1,825,000.00** | | | | **Unknown** | **Unknown** |
| Account No. <br><br> **Arnold E. Reiter, Esq.** <br> **Reiter and Zipern** <br> **75 Mantabello Road** <br> **Suffern, NY 10901** | | | **Roselee Morrell** <br><br><br> Value $ | | | | **Notice Only** | |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)   **646,327.77**   **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re  **Scott D. Morrell**, Debtor                    Case No. **8-15-75212**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Arnold Reiter, Esq.** 75 Montabello Road Suffern, NY 10901 | | | **Roselee Morrell** Value $ | | | | **Notice Only** | |
| Account No. **Signature Bank** 565 Fifth Avenue New York, NY 10001-7000 | X | - | 6-12-2014 **Judgment Lien** 8 Cove Meadow Lane Oyster Bay, New York 11771 Value $ 1,825,000.00 | | | | 1,198,426.54 | 833,551.93 |
| Account No. **Signature Bank** c/o Morritt Hock & Hamroff LLP 400 Garden City Plaza Garden City, NY 11530 | | | **Signature Bank** Value $ | | | | **Notice Only** | |
| Account No. **Thomas V. Dana** Special Referee Room 206, 2nd Floor | | | **Signature Bank** Value $ | | | | **Notice Only** | |
| Account No. | | | Value $ | | | | | |

Sheet **2** of **2** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page): 1,198,426.54 | 833,551.93

Total (Report on Summary of Schedules): 3,008,679.26 | 1,183,679.26