# Exhibit D

B6C (Official Form 6C) (4/13)

In re **Scott D. Morrell**, Case No. **8-15-75212**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under: (Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

■ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** <br> **8 Cove Meadow Lane** <br> **Oyster Bay, New York 11771** | **NYCPLR § 5206** | **165,500.00** | **1,825,000.00** |
| **Household Goods and Furnishings** <br> **Household Goods and Furnishings, Patio Set, Swing Set** | **NYCPLR § 5205(a)(5)** | **11,025.00** | **Unknown** |
| **Books, Pictures and Other Art Objects; Collectibles** <br> **Books, Pictures, Misc. Print Pictures** | **NYCPLR § 5205(a)(2)** | **550.00** | **Unknown** |
| **Wearing Apparel** <br> **Wearing Apparel** | **NYCPLR § 5205(a)(5)** | **Unknown** | **750.00** |
| **Furs and Jewelry** <br> **Misc. Cufflinks ($300)** <br> **Louis Vuitton Mens Automatic Watch (Unkown)** <br> **Apple Watch ($400)** | **NYCPLR § 5205(a)(6)** | **1,100.00** | **Unknown** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** <br> **Home Gym** | **Debtor & Creditor Law § 283(1)** | **Unknown** | **Unknown** |
| **Misc. Sports Equipment, Golf Clubs, Badmittion Set, Tennis Racquets** | **Debtor & Creditor Law § 283(1)** | **Unknown** | **Unknown** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> **2014 Audi A6** <br>   **Leased Vehicle** | **Debtor & Creditor Law § 282(1)** | **4,425.00** | **Unknown** |
| **Office Equipment, Furnishings and Supplies** <br> **Misc. Office Equipment** | **Debtor & Creditor Law § 283(1)** | **0.00** | **Unknown** |
| **Other Personal Property of Any Kind Not Already Listed** <br> **Iphone, MacBook, Snapscan, Fax Machine, TVs and other Househoold Electronics** | **Debtor & Creditor Law § 283(1)** | **Unknown** | **Unknown** |
| | Total: | **182,600.00** | **1,825,750.00** |

**0** continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2016 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy