# Exhibit B Supplement

Consumer Liability Report (CLR)



866 218 1003 tel
866 307 1003 fax
www.CINlegal.com

| Client & Report Information | |
|---|---|
| **Primary Client Name & SSN:** | Scott D. Morrell  XXX-XX-3770 |
| **Secondary Client Name & SSN:** | |
| **Primary Address:** | 8 Cove Meadow Lane, Oyster Bay, NY 11771 |
| **Report Details:** | Report 4071542 Completed on 10/1/2015 for A22521 - CLR 3 Source |

**Mortgage Liabilities with Balances** — **1 Total Mortgage Account(s) with a balance**

| Account Name, Owner/Type, Account Number & Status | Current Balance | High Credit | Date Opened & Last Reported | Payment Info, Account Type, Last Activity & Past Due $ | Corporate Bankruptcy Department - Where Available (2) | Reported Contact Information |
|---|---|---|---|---|---|---|
| Chase Mtg<br>Individual / Applicant<br>XXXXXX1899<br>Account is: Open, ACCOUNT IN DISPUTE | $384,620 | $1,000,000 | 1/2004<br>9/21/2015 | $12,453<br>Mortgage<br>1/16/2014<br>$0 | Chase Manhattan Mortgage<br>Attn: Bankruptcy Dept, 3415 Vision Dr<br>Columbus, OH 43219<br>888-332-3412<br>Verified: 3-2013 | Po Box 24696<br>Columbus, OH 43224<br>800-848-9136 |
| | | | **End of Mortgages With Balances** | | | |

**Non-Mortgage Liabilities with Balances** — **8 Account(s) with balances**

| Account Name, Owner/Type, Account Number & Status | Current Balance | High Credit | Date Opened & Last Reported | Payment Info, Account Type, Last Activity & Past Due $ | Corporate Bankruptcy Department - Where Available (2) | Reported Contact Information |
|---|---|---|---|---|---|---|
| Signature Bk<br>Individual / Applicant<br>XXXXXX2002<br>Account is: Closed, Account Closed By Grantor | $1,199,285 | $3,500,000 | 5/2007<br>12/31/2013 | $37,745<br>Installment<br>12/18/2013<br>$0 | | |
| Jpm Chase<br>Individual / Applicant<br>XXXXXX9992<br>Account is: Open, ACCOUNT IN DISPUTE | $792,218 | $1,000,000 | 11/2005<br>10/31/2014 | $1,696<br>Revolving<br>2/3/2014<br>$11,812 | Chase<br>Chase Card Services/Attn: Bankruptcy Dept, PO Box 15298<br>Wilmington, DE 19850<br>888-242-7320<br>Verified: 8-2013 | Po Box 24696<br>Columbus, OH 43224<br>800-848-9136 |
| Bmw Financial Services<br>Comaker / Applicant<br>XXXXXX2933<br>Account is: Closed, ACCOUNT TRANSFERRED | $42,434 | $47,739 | 7/2013<br>8/16/2015 | $1,326<br>Installment<br>8/4/2014<br>$0 | BMW Financial Services<br>Attn: Bankruptcy Department, PO Box 3608<br>Dublin, OH 43016<br>800-578-5000<br>Verified: 3-2013 | 5515 Parkcenter Cir<br>Dublin, OH 43017<br>800-578-5000 |
| Amex<br>Individual / Applicant<br>XXXXXX5573<br>Account is: Closed, Account Closed By Grantor | $41,923 | $57,128 | 7/1996<br>6/12/2015 | $0<br>Open<br>3/29/2014<br>$41,923 | American Express<br>PO Box 3001, 16 General Warren Blvd<br>Malvern, PA 19355<br>800-528-4800<br>Verified: 4-2013 | Po Box 297871<br>Fort Lauderdale, FL 33329<br>800-874-2717 |
| Capital One, Na<br>Individual / Applicant<br>XXXXXX4413<br>Account is: Closed, Account Closed | $32,628 | $15,000 | 6/2004<br>7/31/2014 | $979<br>Revolving<br>7/30/2014<br>$0 | Hibernia Ntl/Capital One<br>Attention: Bankruptcy, 1 Corporate Dr, Suite 360<br>Lake Zurich, IL 60047<br>877-636-4008<br>Verified: 5-2013 | Po Box 30273<br>Salt Lake City, UT 84130<br>800-926-1000 |

Copyright © 2015 The CINgroup. All Rights Reserved



| | |
|---|---|
| Customer Service | 1-866-243-5851 |
| Monday - Friday | 7 a.m. - 7 p.m. (CST) |
| Deaf or Hard of Hearing (TTY) | 1-800-582-0542 |

 chase.com

04430 MSD Z 36515 C - BRE
SCOTT MORELL
C/O MARK J FRIEDMAN
66 SPLIT ROCK RD
SYOSSET NY 11791-2628

### Mortgage Loan Statement

| | |
|---|---|
| Loan Number | 1760141899 |
| Statement Date | 12/31/2015 |
| Property Address | 8 Cove Meadow Ln |
| | Oyster Bay, NY 11771 |
| **Total Amount** | **$12,423.26** |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $7,027.39 |
| Interest | $1,011.39 |
| Escrow Payment (Taxes and/or Insurance) | $4,384.48 |
| **Monthly Payment** | **$12,423.26** |

### Loan Overview (as of 12/31/2015)

| | |
|---|---|
| Original Principal Balance | $1,000,000.00 |
| Unpaid Principal Balance | $384,620.63 |
| Interest Rate | 5.25000% |
| Escrow Balance | ($99,102.94) |
| Corporate Advance Balance | $4,424.50 |

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

### Transaction Activity Since Your Last Statement (Includes Fees/Charges)

| Transaction Date | Description | Total Received | Principal | Interest | Escrow | Fees | Unapplied Funds |
|---|---|---|---|---|---|---|---|
| | No transactions since your last statement | | | | | | |

### Important Messages

The Corporate Advance Balance can include expenses for inspections, home valuations, legal fees, property maintenance and other costs. It is listed under the Loan Overview section.

Please refer to the bankruptcy information in this statement for more information relating to your case.

**Servicemember Protections**: You may be entitled to certain legal rights and protections if you or any owner or occupant of your home are or recently were on active duty or active service as a federal or state Military Servicemember, or if you're a dependent of such a Servicemember. For more information, please call us at 1-877-469-0110, 1-318-340-3308 if you're calling from overseas, or 1-800-582-0542 for TTY services.

If you receive or expect to receive an insurance claim check for damages to your home, you can visit **chase.com/InsuranceClaim** for information about our claim process. If you have any questions, please call us at 1-866-742-1461 Monday through Friday from 8 a.m. to midnight and Saturday from 8 a.m. to 8 p.m. Eastern Time.

Please Note: This statement is not a request for payment. It is for informational purposes only. However, if you elect to make a payment, you may use the coupon attached to the bankruptcy page within this statement.

For questions about your account, please call a Chase Bankruptcy Support Specialist at 1-866-243-5851, Monday through Friday, from 7:00 a.m. to 7:00 p.m. Central Standard Time.

Please make sure your loan number, printed on the upper right-hand corner of your statement, is on all payments and inquiries.



To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation.

Please refer to the bankruptcy information page included with this statement for additional information on your account.

## Contact Information

**Customer Service Inquiries**
Chase
P.O. Box 24696
Columbus, OH 43224-0696

**Exclusive Address for Notices
of Error, Information Requests,
and Qualified Written Requests**
Chase
P.O. Box 183166
Columbus, OH 43218-3166

**Overnight Payment**
Chase
6716 Grade Lane
Building 9, Suite 910
Attn: P.O. Box 9001871
Louisville, KY 40213-1407

**Insurance Claim Correspondence**
Chase
Attn: Insurance Claims
P.O. Box 47607
Atlanta, GA 30362
Telephone: 1-866-742-1461
Fax: 1-678-475-8899

**Insurance Policies & Bills**
Chase
P.O. Box 47020
Atlanta, GA 30362-7020
Telephone: 1-877-530-8951
Fax: 1-678-475-8799

Please note that you may update your homeowners or flood insurance information online at MyCoverageInfo.com. When you are prompted, please use PIN Number CMM8620.

**Overnight Payoffs**
Chase
Attn: Dept. PP-7456
3415 Vision Drive
Columbus, OH 43219-6009

**Property Tax Questions**
Chase
P.O. Box 961227
Fort Worth, TX 76161-0227
Telephone: 1-877-314-6353
**Pennsylvania Property Taxes:** Please send us your tax bill to the address above.
**All other states:** You don't need to send us your tax bill.



You have the right to dispute the accuracy of the credit information reported by writing to us at the Customer Service Inquiries address listed above. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Payment Information
Here's how you can make your monthly payment:

- **Pay by phone** - Call 1-866-243-5851 to use our free automated service and authorize a one-time deduction from your bank account.

- **By mail or in person** - Mail your payment or stop by any Chase branch. Remember to include the payment coupon from your statement.

If you do not make your mortgage payment on time or request services from Chase, you may be charged fees. Those fees may include those shown in your loan documents, provided by law, or related to the services provided. The fee structure may change without notice except where prohibited by law. Chase commonly imposes an Insufficient Funds Fee of $25.00. Other fees may be charged for services provided. Fees may not be applicable to certain products and may be limited by law.

## Loan Payoff Information
The principal balance on your statement is not a payoff quote. You may call us at the number on the front of your statement to request a quote through our 24-hour automated system.

## Important Bankruptcy Information
If you or your account is subject to pending bankruptcy proceedings, or if you received a bankruptcy discharge, this statement is for informational purposes only and is not an attempt to collect a debt.

## Homeowner Assistance
You can call the U.S. Department of Housing and Urban Development at 1-800-569-4287 or the U.S. Department of the Treasury-sponsored HOPE Hotline Number at 1-888-995-HOPE (1-888-995-4673) and ask for MHA Help to get free assistance, or visit HopeNow.com. You can also find a nonprofit HUD-approved counselor who can provide the information and assistance you may need to avoid foreclosure by using the search tool at hud.gov/offices/hsg/sfh/hcc/fc/.

## Crediting of Payments
Payments will be credited as of the day we receive them if the payment is received by 5:00 p.m. in the time zone in which the mailing address on your payment coupon is located and if (a) the payment is received Monday through Saturday except for legal holidays, (b) the payment is received at the address shown on your payment coupon, (c) your payment is made with a check or money order drawn on a U.S. bank in U.S. dollars, (d) the attached payment coupon is enclosed with your payment, and (e) your payment is sent in the enclosed return envelope. Credit for payments made in any other manner may be delayed for up to five (5) business days. Please allow five to seven (5-7) days for payments to reach the payment address. Please do not send cash through the mail. Please include your account number and name on the front of your check or money order. Do not staple, tape or paper clip your payment to your payment coupon. If you want to change how we applied your payment to your mortgage loan, we must receive your request within 60 days of the payment date.

## For New York Customers Only
You may file complaints about your Servicer with the New York State Department of Financial Services or obtain further information from the department by calling the department's Consumer Help Assistance Unit at 1-800-342-3736 or www.dfs.ny.gov. We are registered with the NY Superintendent.


©2015 JPMorgan Chase & Co. JPMorgan Chase Bank, N.A. Member FDIC.

# CHASE 🟦

**Bankruptcy Information**

| | |
|---|---|
| Loan Number | 1760141899 |
| Statement Date | 12/31/2015 |
| Property Address | 8 Cove Meadow Ln |
| | Oyster Bay, NY 11771 |

SCOTT MORELL
C/O MARK J FRIEDMAN
66 SPLIT ROCK RD
SYOSSET NY 11791-2628

## ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY

### Account Information

| | |
|---|---|
| Bankruptcy Chapter: | 7 |
| Contractual Due Date (For Informational Purposes Only) | 02/01/2014 |
| Interest Rate | 5.25000% |
| Late Charge Fee (per month) | $160.78 |
| Original Maturity Date | 02/2019 |
| Current Principal Balance[1] | $384,620.63 |
| Current Escrow Balance | ($99,102.94) |

[1]This is your Principal Balance only, not the amount required to pay your loan in full.

### Year-To-Date Payments

| | |
|---|---|
| Principal | $0.00 |
| Interest | $0.00 |
| **Total** | **$0.00** |

### Contact Information

| | |
|---|---|
| Bankruptcy Customer Service: | 1-866-243-5851 |

**Send correspondence only to:**
Chase Records Center
Attn: Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203

**Send overnight payments only to:**
Chase
3415 Vision Drive
Mail Code OH4-7126
Columbus, OH 43219

### Important Messages

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation.

If you do not wish to receive this monthly Information Statement in the future, or if you have any questions regarding this mortgage/deed of trust account, please call 1-866-243-5851.

▼ Please detach and return the bottom portion of this statement with your payment using the enclosed envelope. ▼

0001760141899 333000 01242326 01258404 01242326 00004

# CHASE 🟦

☐ Check box if address change is documented on the back.

**SCOTT MORELL**
Loan Number       1760141899
Total Amount      $12,423.26

CHASE
PO BOX 78420
PHOENIX AZ 85062-8420

Please tell us how you want us to apply your funds. Make your check or money order payable to Chase and write your loan number on it. Please do not send post-dated checks or cash.

| | |
|---|---|
| Monthly Payment ($12,423.26) | $ |
| Late Charges | $ |
| Fees Due | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Total Amount Enclosed | $ |

⑁500005026⑁  000⑁760141899⑁

**Has your mailing address or phone number changed?**

If so, please update your information online at chase.com, where you can also view your recent account activity. Alternatively, you may check the box on the front of this payment coupon and fill in the correct information below.

When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| Customer Name | ( ) Customer Cell Phone |
| Customer Name | ( ) Customer Cell Phone |
| Street Address | ( ) Home Phone |
| Street Address | ( ) Business Phone |
| City | State | ZIP |
| Email Address | |

MSD 36515 C

# CHASE

| | |
|---|---|
| Customer Service | 1-800-848-9380 |
| Monday - Thursday | 8 a.m. - midnight (ET) |
| Friday | 8 a.m. - 10 p.m. (ET) |
| Saturday | 8 a.m. - 5 p.m. (ET) |
| Deaf or Hard of Hearing (TTY) | 1-800-582-0542 |

chase.com

53178 MSD Z 28915 C - BRE
SCOTT MORELL
C/O MARK J FRIEDMAN
66 SPLIT ROCK RD
SYOSSET NY 11791-2628

## Mortgage Loan Statement

| | |
|---|---|
| Loan Number | 1760141899 |
| Statement Date | 10/16/2015 |
| Property Address | 8 Cove Meadow Ln |
| | Oyster Bay, NY 11771 |
| **Total Amount Due** | **$273,487.28** |
| **Payment Due Date** | **11/01/2015** |

A late charge of $160.78 may apply if received after 11/16/2015.

## Loan Overview (as of 10/16/2015)

| | |
|---|---|
| Original Principal Balance | $1,000,000.00 |
| Unpaid Principal Balance | $384,620.63 |
| Interest Rate | 5.25000% |
| Escrow Balance | ($81,802.03) |
| Corporate Advance Balance | $4,424.50 |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $6,966.30 |
| Interest | $1,072.48 |
| Escrow Payment (Taxes and/or Insurance) | $4,384.48 |
| **Monthly Payment** | **$12,423.26** |
| Prior Fees/Charges | $643.12 |
| Fees/Charges Since Last Statement | ($643.12) |
| Original Missed Payment Date | 02/01/2014 |
| **Past Due Amount** | **$261,064.02** |
| **Total Amount Due** | **$273,487.28** |

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Transaction Activity Since Your Last Statement (Includes Fees/Charges)

| Transaction Date | Description | Total Received | Principal | Interest | Escrow | Fees | Unapplied Funds |
|---|---|---|---|---|---|---|---|
| 09/21/2015 | LATE CHARGE WAIVED | | | | | $643.12 | |

## Important Messages

The Corporate Advance Balance can include expenses for inspections, home valuations, legal fees, property maintenance and other costs. It is listed under the Loan Overview section.

**Verify Your Contact Information**
Please review your online account information at **chase.com/MyInfo** to confirm that your mailing address, email and phone number are correct. If you don't have an online account, you can easily create one at **chase.com**.

**Servicemember Protections**: You may be entitled to certain legal rights and protections if you or any owner or occupant of your home are or recently were on active duty or active service as a federal or state Military Servicemember, or if you're a dependent of such a Servicemember. For more information, please call us at 1-877-469-0110, 1-318-340-3308 if you're calling from overseas, or 1-800-582-0542 for TTY services.

If you receive or expect to receive an insurance claim check for damages to your home, you can visit **chase.com/InsuranceClaim** for information about our claim process. If you have any questions, please call us at 1-866-742-1461 Monday through Friday from 8 a.m. to midnight and Saturday from 8 a.m. to 8 p.m. Eastern Time.

0000001 1824 151016 Page 1 of 2    53178

▼ Please detach and return the bottom portion of this statement with your payment using the enclosed envelope. ▼



0001760141899I 313000 01242326 01258404 27348728 00007

# CHASE

☐ Check box if address change is documented on the back.

**SCOTT MORELL**
| | |
|---|---|
| Loan Number | 1760141899 |
| Total Amount Due | $273,487.28 |
| Payment Due Date | 11/01/2015 |

CHASE
PO BOX 78420
PHOENIX AZ 85062-8420

Please tell us how you want us to apply your funds. Make your check or money order payable to Chase and write your loan number on it. Please do not send post-dated checks or cash.

| | |
|---|---|
| Monthly Payment ($12,423.26) | $ |
| Late Charges ($0.00) | $ |
| Fees Due ($0.00) | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | **$** |

A late charge of $160.78 may apply if received after 11/16/2015.

I:500005026I:    0001760141899II

## Contact Information

**Customer Service Inquiries**
Chase
P.O. Box 24696
Columbus, OH 43224-0696

**Insurance Claim Correspondence**
Chase
Attn: Insurance Claims
P.O. Box 47607
Atlanta, GA 30362
Telephone: 1-866-742-1461
Fax: 1-678-475-8899

**Overnight Payoffs**
Chase
Attn: Dept. PP-7456
3415 Vision Drive
Columbus, OH 43219-6009

**Exclusive Address for Notices of Error, Information Requests, and Qualified Written Requests**
Chase
P.O. Box 183166
Columbus, OH 43218-3166

**Insurance Policies & Bills**
Chase
P.O. Box 47020
Atlanta, GA 30362-7020
Telephone: 1-877-530-8951
Fax: 1-678-475-8799

**Property Tax Questions**
Chase
P.O. Box 961227
Fort Worth, TX 76161-0227
Telephone: 1-877-314-6353
**Pennsylvania Property Taxes:** Please send us your tax bill to the address above.
**All other states:** You don't need to send us your tax bill.

**Overnight Payment**
Chase
6716 Grade Lane
Building 9, Suite 910
Attn: P.O. Box 9001871
Louisville, KY 40213-1407

Please note that you may update your homeowners or flood insurance information online at MyCoverageInfo.com. When you are prompted, please use PIN Number CMM8620.

This communication is an attempt to collect a debt and any information obtained will be used for that purpose.



You have the right to dispute the accuracy of the credit information reported by writing to us at the Customer Service Inquiries address listed above. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Payment Information

There are multiple ways you can make your monthly payment:

- **Automatic payments** - Sign up for automatic payments at chase.com/BillPay so you won't have to worry about making your mortgage payments on time.
- **Chase Mobile<sup>SM</sup> app** - Make your mortgage payment directly from your smartphone. Visit chase.com/mobile to download the Chase Mobile app. Message and data rates may apply.
- **Chase Online<sup>SM</sup> Bill Pay** - Log in to chase.com, then go to the "Payments and Transfers" tab to schedule a payment with no service charge.
- **Pay by phone** - Call 1-800-848-9136 to use our free automated service and authorize a one-time deduction from your bank account.
- **By mail or in person** - Mail your payment or stop by any Chase branch. Remember to include the payment coupon from your statement.

If you do not make your mortgage payment on time or request services from Chase, you may be charged fees. Those fees may include those shown in your loan documents, provided by law, or related to the services provided. The fee structure may change without notice except where prohibited by law. Chase commonly imposes an Insufficient Funds Fee of $25.00. Other fees may be charged for services provided. Fees may not be applicable to certain products and may be limited by law.

## Homeowner Assistance

You can call the U.S. Department of Housing and Urban Development at 1-800-569-4287 or the U.S. Department of the Treasury-sponsored HOPE Hotline Number at 1-888-995-HOPE (1-888-995-4673) and ask for MHA Help to get free assistance, or visit HopeNow.com. You can also find a nonprofit HUD-approved counselor who can provide the information and assistance you may need to avoid foreclosure by using the search tool at hud.gov/offices/hsg/sfh/hcc/fc/.

## Crediting of Payments

Payments will be credited as of the day we receive them if the payment is received by 5:00 p.m. in the time zone in which the mailing address on your payment coupon is located and if (a) the payment is received Monday through Saturday except for legal holidays, (b) the payment is received at the address shown on your payment coupon, (c) your payment is made with a check or money order drawn on a U.S. bank in U.S. dollars, (d) the attached payment coupon is enclosed with your payment, and (e) your payment is sent in the enclosed return envelope. Credit for payments made in any other manner may be delayed for up to five (5) business days. Please allow five to seven (5-7) days for payments to reach the payment address. Please do not send cash through the mail. Please include your account number and name on the front of your check or money order. Do not staple, tape or paper clip your payment to your payment coupon. If you want to change how we applied your payment to your mortgage loan, we must receive your request within 60 days of the payment date.

## For New York Customers Only

You may file complaints about your Servicer with the New York State Department of Financial Services or obtain further information from the department by calling the department's Consumer Help Assistance Unit at 1-800-342-3736 or www.dfs.ny.gov. We are registered with the NY Superintendent.

## Loan Payoff Information

The principal balance on your statement is not a payoff quote. Payoff quotes are available online at chase.com. Log in to your mortgage account and select the "Request a Payoff Quote" link from your Account Details page. You may also call us at the number on the front of your statement to request a quote through our 24-hour automated system.

## Important Bankruptcy Information

If you or your account is subject to pending bankruptcy proceedings, or if you received a bankruptcy discharge, this statement is for informational purposes only and is not an attempt to collect a debt.


©2015 JPMorgan Chase & Co. JPMorgan Chase Bank, N.A. Member FDIC.

**Has your mailing address or phone number changed?**

If so, please update your information online at chase.com, where you can also view your recent account activity. Alternatively, you may check the box on the front of this payment coupon and fill in the correct information below.

When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

_____
Customer Name

_____
Customer Name

_____
Street Address

_____
Street Address

_____
City                    State

_____
Email Address

( )_____
Customer Cell Phone

( )_____
Customer Cell Phone

( )_____
Home Phone

( )_____
Business Phone

_____
ZIP

MSD 28915 C



Delinquency Information

| | |
|---|---|
| Loan Number | 1760141899 |
| Statement Date | 10/16/2015 |
| Property Address | 8 Cove Meadow Ln |
| | Oyster Bay, NY 11771 |

SCOTT MORELL
C/O MARK J FRIEDMAN
66 SPLIT ROCK RD
SYOSSET NY 11791-2628

## Important Notice

You've missed one or more payments and your mortgage loan is in default. This summary highlights the status of your account, your missed payments and how to get help.

You've agreed to a modification that could make your payment more affordable.

By doing this, you've taken important steps to bring your account back up to date.

The foreclosure process has started.

This notice may not stop the foreclosure referral, process or sale. Don't ignore any foreclosure notices.

## Amount Due

As of 10/16/2015, $273,487.28 plus your Corporate Advance Balance of $4,424.50 for a total of $277,911.78 is required to bring your loan current. Payment must be received by certified funds.
This amount may include:

- Property maintenance
- Attorney or foreclosure fees
- Insufficient funds and other fees
- Advances we've made to purchase homeowners insurance for you or pay past-due real estate taxes.

This amount was calculated on the date referenced above, which means it may change if additional fees are billed after this date. Call us at 1-800-848-9380 to confirm the full payment amount you owe to bring your account up to date.

## Delinquency Status

Your mortgage loan payment was due on 02/01/2014, and is 622 days past due. If you have already made your past-due payments, please disregard this notice.

If you have not made past-due payments, you may be at risk of foreclosure or other fees and charges.

## Other Resources

You can call the U.S. Department of Housing and Urban Development at 1-800-569-4287 or the U.S. Department of the Treasury sponsored HOPE Hotline number at 1-888-995-HOPE (1-888-995-4673) and ask for MHA Help to get free assistance, or visit HopeNow.com. You can also find a nonprofit HUD-approved counselor who can provide the information and assistance you may need to avoid foreclosure by using the search tool at hud.gov/offices/hsg/sfh/hcc/fc/.

## Additional Information

If you are represented by an attorney, please refer this notice to your attorney and provide us with the attorney's name, address, and telephone number.

This communication is an attempt to collect a debt and any information obtained will be used for that purpose.

You may file complaints about your Servicer with the New York State Department of Financial Services or obtain further information from the department by calling the department's Consumer Help Assistance Unit at 1-800-342-3736 or www.dfs.ny.gov. We are registered with the NY Superintendent.

## Summary of Your Most Recent Payments

| Payment Due Date | Amount Remaining Past Due |
|---|---|
| 05/01/2015 | $12,423.26 |
| 06/01/2015 | $12,423.26 |
| 07/01/2015 | $12,423.26 |
| 08/01/2015 | $12,423.26 |
| 09/01/2015 | $12,423.26 |
| 10/01/2015 | $12,423.26 |



0000001 1824 151016 Page 2 of 2    53178

Please see reverse side for important information.

## Federal ECOA Notice

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program, or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20006.



## Important Notice to Servicemembers and Their Dependents

If you or any occupant of your home are or recently were on active duty or active service, you may be eligible for benefits and protections under the federal Servicemembers Civil Relief Act (SCRA). This includes protection from foreclosure or eviction. You may also be eligible for benefits and protections under state law or Chase policy. SCRA and state Military benefits and protections also may be available if you are the dependent of an eligible Servicemember.

Eligible service may include:
- Active duty with the Army, Navy, Air Force, Marine Corps, or Coast Guard, or
- Active service as a commissioned officer of the National Oceanic and Atmospheric Administration, or
- Active service as a commissioned officer of the Public Health Service, or
- Service with the forces of a nation with which the United States is allied in a war or Military action, or
- Service with the National Guard or a state Militia under a state call of duty, or
- Any period when you are absent from duty because of sickness, wounds, leave or other lawful cause.

For more information, please call Chase Military Services at 1-877-469-0110.

## Notice for Unemployed Homeowners

If you are having trouble making your monthly mortgage payments, we may be able to help. The Unemployment Program is designed to help you stay in your home.

If you are eligible for the program, we will offer you a grace period. During this time, we will delay some or all of your monthly payments to give you time to improve your financial situation. These payments will be due at the end of the grace period.

The grace period is temporary. It lasts for a set number of months or until you find employment, whichever comes first. We will review your mortgage loan 30 days before the grace period ends to see if you are eligible for a loan modification. Even if you are not eligible for a modification, we may have other assistance options available to help you keep your home.

# CHASE

**Chase (OH4-7164)**
3415 Vision Drive
Columbus OH 43219-6009

| | |
|---|---|
| **Payoff Quote Generated** | |
| 7/31/2016  10:59:24PM | |
| **Quote Id** | |
| 343312 | |

Date: 07/31/2016

Borrower's Name:   SCOTT MORELL

Street Address:   C/O LW OFF OF MARK J FRIEDMAN 66 SPLIT ROCK RD

City, State, Zip:   SYOSSET, NY 11791 2628

**Payoff Quote**

Account:   000411680209992 / 100001411680209992

Property Address:   8 COVE MEADOW LN
OYSTER BAY COVE, NY 11771

Dear Mortgagor(s):

Chase is writing in response to your request for a payoff quote on the above-referenced account.
The total amount due to pay off this Loan is $831,797.53, which is good through 08/28/2016.

Below is an itemization of this amount:

| Payoff Quote | |
|---|---:|
| Present Unpaid Principal Balance | $776,249.47 |
| Deferred Principal Balance | $0.00 |
| Per Diem Amount | $60.86984 |
| Interest | $54,188.56 |
| Deferred Interest | $0.00 |
| Flood Fees | $0.00 |
| Hazard Insurance Fees | $0.00 |
| Insurance Advances | $0.00 |
| One Protect Fees Outstanding | $0.00 |
| Monthly Late Charge Amount | $0.00 |
| Late Charges | $475.00 |
| NSF Fees | $0.00 |
| Other Fees* | $350.50 |
| Prepayment Penalty | $0.00 |
| Attorney Fees | $350.00 |
| Attorney Legal Costs | $0.00 |
| Evaluation Fees* | $156.00 |
| Legal Fees* | $0.00 |
| Property Inspection Fees* | $28.00 |
| Preservation Fees* | $0.00 |
| Escrow / Insurance / Suspense Credit | $0.00 |
| Corprate Advance | $0.00 |
| Escrow Advance | $0.00 |
| Property Taxes | $0.00 |
| Reconveyance Fee | $0.00 |
| **Subtotal** | **$831,797.53** |
| **Estimated Costs through**    08/28/2016 | |
| Estimated Evaluation / Legal Fees | $0.00 |
| Estimated Property Inspections/Preservation | $0.00 |
| Estimated Escrow Advances | $0.00 |
| Estimated Outstanding Attorney Fees | $0.00 |
| Estimated Outstanding Attorney Legal Costs | $0.00 |
| **Total Estimated Amounts** | **$0.00** |
| **Total Payoff Amount Good through**    08/28/2016 | |
| **Total Payoff Amount** | **$831,797.53** |

*For more detail regarding what is included in these expenses, please contact us at 800-836-5656.*

Please remit the payoff amount via wire transfer to:

    JPMorgan Chase Bank, N.A.
    Account # 00009008113745
    ABA Routing Number 021000021
    Account Name: JPMC Home Equity Early Loss Mitigation
    Attention Payoff Processing

Please ensure that the wire description includes the Chase account number, the name of the borrower(s), the property address, and the agent's contact information.

You may also send the payoff amount in the form of certified funds. No personal checks will be accepted. Please remit funds to:

| **Overnight Mail:** | **Regular Mail:** |
|---|---|
| Chase | Chase |
| HE Payment Processing II | HE Payment Processing II |
| Mail Code:  OH4-7164 | Mail Code:  OH4-7164 |
| 3415 Vision Drive | 3415 Vision Drive |
| Columbus, OH 43219-6009 | Columbus, OH 43219-6009 |

Please return a copy of this letter in its entirety along with your payment.

At Chase, we value you as a a customer and want to ensure your continued satisfaction.

Sincerely,
Default Quotes Department
Chase
(800) 836-5656
(800) 582-0542 TDD / Text Telephone

DQ600

# CHASE PAYOFF QUOTE - DISCLOSURES

1) The above figures are subject to final verification upon receipt of the payoff remittance by Chase ("Chase").  Notwithstanding the "good through" date provided in this payoff quote, if the Loan is in default, all default-related processes, including but not limited to foreclosure sale, will continue, and all fees and cost incurred after the issuance of this payoff quote will continue to be assessed until the Loan is paid in full. Chase reserves the right to adjust the above figures and refuse any funds which are insufficient to pay the Total Amount Secured by the Mortgage for any reason including but not limited to error in calculation of the Total Amount Secured by the Mortgage, previously dishonored check(s) or money order(s), stop payment of check(s) or ACH payment(s) or additional disbursement(s) made by Chase between the date of this payoff quote and the receipt of funds. If you cannot pay the amount specified in this letter, please call the Mortgage Assistance Center at (800)-836-5656 to discuss possible alternatives. The Total Amount Secured by the Mortgage, pursuant to this Quote, is further conditioned upon:

2) All checks which have been tendered to Chase in satisfaction of monthly payments must have cleared the borrower's bank.  **Do not place a stop payment on checks previously mailed to Chase or cancel ACH debits by Chase prior to prepayment in full.  A late charge fee will be assessed at the close of business on the 16th day of the month if the current payment is not received, and such late charge will be added to the total amount to reinstate, if payment is received by Chase after the 16th.  You may call (800) 548-7912 to ascertain the late charge amount.**

3) If the payoff remittance is insufficient to pay the Total Amount Secured by the Mortgage, we will withdraw funds from the borrower's escrow account, if available, to complete such payoff.  If sufficient funds are not in escrow to complete such payoff, the check will be returned with a new quotation.

4) All checks which have been tendered to Chase in satisfaction of monthly payments must have cleared the borrower's bank.  **Do not place a stop payment on checks previously mailed to Chase or cancel ACH debits by Chase prior to prepayment in full.**

5) **Disbursements of all escrowed items (e.g. hazard, flood and PMI insurance, taxes, etc.) will be paid from escrow as normally scheduled** (up to the date payoff funds are received).  It is the responsibility of the borrower and their closing agent (if applicable) to obtain a refund should a double payment of taxes or insurance occur.  If you require confirmation of any recent escrow disbursements, please call (800) 548-7912.  Any escrow balance or overpayment will be mailed directly to the borrower within fifteen (15) business days after processing of the funds required to pay the Total Amount Secured by the Mortgage.  **We will not accept or process escrow assignments.**

6) You understand and agree that if Chase receives and processes a payoff and subsequently is requested to return such payoff funds, due to loan rescission or for any other reason, unless prohibited by law, Chase will deduct a re-load fee of $1,000 from the payoff funds that are returned to compensate Chase for its time and costs incurred in re-loading such loan onto its system.

7) **Minnesota and Massachusetts properties**: If this quote was ordered to sell your Property, please forward the supporting documentation of the sale to Chase or fax to (877) 271-0378. Please include this quote page as the lead page. Please note that the supporting documentation will only be reviewed if faxed to the number above.

8) For California customers, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m.  They may not harass you by using threats of violence or arrest or by using obscene language.  Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work.  For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt.  Collectors may contact another person to confirm your location or enforce a judgment.  For more information about debt collection activities, you may contact the Federal Trade Commission toll-free at (877) FTC-HELP or www.ftc.gov.

9) **Chase is attempting to collect a debt, and any information obtained will be used for that purpose.**

10) We may report information about your account to credit bureaus.  Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

11) If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number.

12) To the extent your original obligation has been discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and does not constitute a demand for payment or an attempt to impose personal liability for such obligation.

13) This loan payoff statement shows the total amount you owe. However, some amounts may not have to be paid for the lien to be released. Please call us at (800)-836-5656 for details.

FOR WEST VIRGINIA CUSTOMERS ONLY:
Your Note and Security Instrument may preclude the recovery of attorney's fees, and consistent with state law, Chase otherwise limits the recovery of certain fees from West Virginia customers as a result of default.  If you have questions regarding any amounts, please contact Chase at 1-866-582-5208.

DQ600